# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD M. SUPINSKI,

   Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

   Defendant.

CASE NO. 3:06-cv-00793

(JUDGE CAPUTO)

## ORDER

**NOW**, this ___6th___ day of March, 2012, **IT IS HEREBY ORDERED THAT:**

(1) Defendant's Motion to Preclude, or in the Alternative, Limit Back Pay (Doc. 271) is **GRANTED in part** and **DENIED in part** as follows:

   (a) The motion is **GRANTED** as to the reduction of Mr. Supinski's back pay award by the amount he received in worker's compensation payments.

   (b) The motion is **DENIED** in all other respects.

(2) Defendant must pay Plaintiff $342,798.40 in back pay.

(3) Defendant's Motion to Strike Brief in Opposition, Plaintiff's Newly Created Post-Trial Documents and Any Arguments Based Upon Them (Doc. 287) is **DENIED as moot.**

(4) Plaintiff's Motion to Strike Motion to Strike (Doc. 296) is **DENIED as moot.**

                               /s/ A. Richard Caputo
                               A. Richard Caputo
                               United States District Judge