## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD M. SUPINSKI, | |
| Plaintiff, | CASE NO. 3:06-cv-00793 |
| v. | (JUDGE CAPUTO) |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

## ORDER

**NOW**, this  30th  day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Contempt (Doc. 293) is **DENIED.**

 /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge