**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EDWARD M. SUPINSKI,

      Plaintiff,

      v.

UNITED PARCEL SERVICE, INC.,

      Defendant.

CASE NO. 3:06-CV-00793

(JUDGE CAPUTO)

**ORDER**

    **NOW**, this ___9th___ day of May, 2012, **IT IS HEREBY ORDERED** that

Defendant's Motion to Stay Judgment (Doc. 309) is **DENIED.**

                /s/ A. Richard Caputo
                A. Richard Caputo
                United States District Judge