**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD M. SUPINSKI, | |
| Plaintiff, | CASE NO. 3:06-CV-00793 |
| v. | (JUDGE CAPUTO) |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

## ORDER

**NOW**, this  5th  day of June, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion for Relief from an Order Pursuant to Rule 60(b) (Doc. 343) is **DENIED.**

                         /s/ A. Richard Caputo
                         A. Richard Caputo
                         United States District Judge