**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EDWARD M. SUPINSKI, | |
| Plaintiff, | CASE NO. 3:06-CV-00793 |
| v. | (JUDGE CAPUTO) |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

## ORDER

**NOW**, this 16th day of July, 2012, **IT IS HEREBY ORDERED** that Defendant United Parcel Service, Inc.'s Motion for Judgment as a Matter of Law, or, in the Alternative, for a New Trial Pursuant to Rules 50 & 59 of the Federal Rules of Civil Procedure (Doc. 322) is **DENIED**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge