**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

EDWARD M. SUPINSKI,

    Plaintiff,

    v.

UNITED PARCEL SERVICE, INC.,

    Defendant.

CASE NO. 3:06-CV-00793

(JUDGE CAPUTO)

## ORDER

**NOW**, this 16th day of July, 2012, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Attorneys' Fees (Doc. 290) is **GRANTED in part** in the amount of $229,523.27 in fees and costs. Plaintiff is awarded $166,412.50 for Cynthia L. Pollick's fees, $31,057.50 for legal assistant fees, $24,870.00 in legal researcher fees, and $7,183.27 in costs.

(2) Plaintiff's Motion for Consideration of Defense Counsels' Time Records and Billing Invoices and Statements (Doc. 291) is **DENIED**.

(3) Plaintiff's Motion for Pre-Judgment Interest on Back Pay Award (Doc. 300) is **GRANTED in part**. The judgment is hereby amended to include pre-judgment interest in the amount of $170,432.89 against Defendant United Parcel Service, Inc.

(4) Plaintiff's Motion for Negative Tax Implications (Doc. 305) is **DENIED**.

(5) Defendant's Motion for Bond Approval (Doc. 351) is **GRANTED**. Execution of the judgment and all orders made final thereby are **STAYED** until further Order of this Court. The proposed bond attached to Defendant's motion is **APPROVED** and shall be posted following entry of this Order.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge